From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. BILLY HENDERSON, Defendant.

NO. 5771C

## DECISION

The application of the above-named defendant for a review of the sentence of ten years. with all but 2 years suspended, imposed on December 23, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of 1st degree burglary punishable by not less than 1 nor more than 15 years imprisonment, yet received but a 10 year sentence with all but 2 years suspended, and will be eligible for parole consideration in April, 1969, after being received December 26, 1968, although defendant originally was given a deferred imposition of sentence for 2 years which defendant violated.

DATED this 7th day of April, 1969.

### SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the Second Judicial District. County of Silver Bow.

STATE OF MONTANA, Plaintiff, vs. ROLLAND HANLEY, Defendant.

NO. 8822

## DECISION

The application of the above-named defendant for a review of the sentence of ten years, imposed on November 20, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of robbery punishable by not less than 1 year imprisonment with no limit, yet received a sentence of but 10 years and will be eligible for parole consideration in July, 1969, after being received November 20th, 1967, although he has a record of 1 prior first degree burglary conviction for which he first received a suspended sentence thereafter revoked for probation violation. We thank Claude J. Gerbase, Jr., Esq., of the University Defenders for his assistance to the defendant.

DATED this 7th day of April, 1969.

### SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.